UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN SPENCER,<br><br>        Petitioner,<br>v.<br><br>R. WONG, Warden,<br><br>        Respondent. | Civil No. 06cv1546-WQH(NLS)<br><br>**ORDER DENYING MOTION REQUESTING PRO PER STATUS WITHIN SAN DIEGO COUNTY JAIL FACILITIES**<br><br>[Doc. No. 33] |

On July 31, 2006, Petitioner Nathan Spencer ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 regarding the revocation of his parole and subsequent return to custody. Currently before the Court is Petitioner's Motion Requesting Pro per Status Within San Diego County Jail Facilities and Declaration in support [Doc. No. 33]. Petitioner requests a transfer from George Bailey Detention Center in San Diego, California, where he is currently incarcerated, to Central County Jail in San Diego, California, where he was previously housed. Petitioner argues that the transfer is necessary to ensure that he has access to a prison law library on a more regular basis. (*Petitioner's Motion*, 1.) However, Petitioner does not allege or establish a casual link between his reduced access to the law library and any injury, such as an inability to prosecute his petition adequately or in a timely fashion, as he must do pursuant to *Lewis v. Casey*, 518 U.S. 343, 351 (1996). Accordingly, the Court **DENIES** his Motion.

      **IT IS SO ORDERED**.

DATED: April 2, 2007

                                    Hon. Nita L. Stormes
                                    U.S. Magistrate Judge